THOMAS F. STROUD, APPELLANT, V. CALAMUS IRRIGATION
DISTRICT, APPELLEE: ALEX W. DRAVER ET AL.,
INTERVENERS, APPELLEES.

FILED FEBRUARY 20, 1931. No. 27418.

*Frank H. Woodland,* for appellant.

*Guy Laverty, E. M. White* and *Davis & Vogeltanz, contra.*

Heard before Goss, C. J., Rose, Dean, Eberly and Day, JJ.

Dean, J.

The question presented here for determination is decided in *Elliott v. Calamus Irrigation District, ante,* p. 714. By stipulation of the parties the three actions, namely, *Elliott v. Calamus Irrigation District, Cameron v. Calamus Irrigation District,* and *Stroud v. Calamus Irrigation District,* were combined and tried as one case. Our decision in the Elliott case therefore controls in the present case. It follows that the judgment herein must be and it hereby is

AFFIRMED.